Caroline Larsen, SBN 022547
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Caroline.Larsen@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Fernando Gastelum, | No. 2:17-cv-04119-SPL |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| G6 Hospitality Property, LLC, | |
| Defendant. | |

Pursuant to Local Rule 40.2(d), Plaintiff Fernando Gastelum and Defendant G6 Hospitality Property, LLC, hereby notify the Court that the parties have resolved this matter. The resolution disposes of the entire case, and the parties anticipate finalizing their resolution and filing a joint stipulation to dismiss this case with prejudice within the next 30 days.

Accordingly, the parties respectfully request that the Court vacate all current deadlines and court dates in this matter.

DATED this 6th day of December 2017.

        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

        By  s/Caroline Larsen
          Caroline Larsen
          Douglas (Trey) Lynn
          2415 East Camelback Road, Suite 800
          Phoenix, Arizona 85016
          Attorneys for Defendant

       STROJNIK P.C.

        By  s/Peter Strojnik
          Peter Strojnik
          2375 East Camelback Road Suite 600
          Phoenix, Arizona 85016
          ADA@strojnik.com
          Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter Strojnik, State Bar No. 6464
STROJNIK P.C.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
ADA@strojnik.com

Attorneys for Plaintiff

s/Kathleen M. Hubert

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 778-3700