IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>            Plaintiff,<br><br>vs.<br><br>G6 Hospitality Property, LLC,<br><br>            Defendant. | No.  CV-17-04119-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss (Doc. 15). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 15) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 9th day of January, 2018.

Honorable Steven P. Logan
United States District Judge